AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAYMOND B. THOMAS,

Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 122-055

SHAWN EMMONS, Warden,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated August 16, 2022 adopting the Report and Recommendaiton of the U.S. Magistrate Judge as the opinion of this Court, the 28 U.S.C. § 2254 petition is dismissed without prejudice. The Court denies a COA and informa pauperis status on appeal. This case stands closed.

| August 16, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020